UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEELU PAL, | : | CIV. NO.3:18cv-00616(MPS) |
|     Plaintiff, | : | |
| vs. | : | |
| | : | |
| ROBERT CIPOLLA, ROBERT SMALDONE, | : | |
| MICHAEL TYLER, SCOTT SEAR, | : | |
| DANIEL MONAHAN, RICHARD JANES, | : | |
| TOWN OF WILTON, DOE DEFENDANTS A-X; | : | APRIL 9, 2020 |
|     Defendants. | | |

## DANIEL MONAHAN AND RICHARD JANES'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Local Rule 56(a)1, the defendants, Daniel Monahan and Richard Janes (hereinafter the "EMS defendants"), move for summary judgment on all of the plaintiff's claims asserted against them in this matter. As is more fully set forth in the accompanying Memorandum of Law, Statement of Undisputed Facts, and supporting exhibits, the EMS defendants are entitled to judgment as a matter of law on all of plaintiff's claims against them because, based on the undisputed facts, no genuine issues of material fact exist.

The plaintiff, Neelu Pal ("plaintiff"), has made several allegations against all defendants in this case, but it is unclear from the structure of her Amended Complaint exactly which counts are alleged against the EMS defendants. A reading of the alleged factual basis of the Plaintiff's Amended Complaint, however, makes clear that she is only making three state law based claims against the EMS defendants: assault and battery, intentional infliction of emotional distress, and negligent infliction of emotional distress. To the extent that the Plaintiff's Amended Complaint is read to apply her Federal Law claims and any of the other state claims against the EMS defendants, the EMS defendant expressly adopt the arguments made in the Motion for Summary

1

Judgment filed by the co-defendants, Robert Cipolla, Robert Smaldone, Michael Tyler, Scott Sear, and the Town of Wilton, and the arguments made therein are expressly incorporated herein by reference.

For the reasons set forth in the attached Memorandum of Law, the EMS defendants respectfully request that the Court enter summary judgment in their favor with respect to plaintiff's claims against them.

                THE DEFENDANTS
                DANIEL MONAHAN
                RICHARD JANES

                BY:   /s/ Patrick M. Mullins
                         Patrick M. Mullins (ct 13200)
                         COTTER, COTTER & MULLINS, LLC
                         6515 Main Street
                         Second Floor, Suite 10
                         Trumbull, CT 06611
                         Telephone: (203) 331-0774
                         pmullins@ccmvlaw.com

## **ORDER**

The foregoing Motion, having been heard by the Court, is hereby Ordered:

                              GRANTED/DENIED
                              BY THE COURT,

                              _____
                              JUDGE/CLERK

## **CERTIFICATION**

I hereby certify that on April 9, 2020, a copy of the foregoing was filed electronically and served by mail and/or e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

Parties may access this filing through the Court's system.

/s/ Patrick M. Mullins
Patrick M. Mullins