UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEELU PAL,                                    :        CIV. NO.3:18cv-00616(MPS)
     Plaintiff,                              :
vs.                                           :
                                            :
                                            :
ROBERT CIPOLLA, ROBERT SMALDONE,              :
MICHAEL TYLER, SCOTT SEAR,                    :
DANIEL MONAHAN, RICHARD JANES,                :
TOWN OF WILTON, DOE DEFENDANTS A-X; :        APRIL 9, 2020
    Defendants.                             :

## LOCAL RULE 56(a)1 STATEMENT IN
## SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Local District Rule

56(a)(1) the defendants, Daniel Monahan and Richard Janes (hereinafter the "EMS defendants")

offer these undisputed facts in support of their motion for summary judgment.

1.  On April 29, 2015, the EMS defendants were EMTs employed by Norwalk Hospital.

    [**Exhibit A**, Daniel Monahan Affidavit at ¶3; **Exhibit B**, Affidavit of Richard Janes at

    ¶3].

2.  On April 29, 2015, the EMS defendants were serving as members of the Town of Wilton

    EMS.  [**Exhibit A** at ¶4; **Exhibit B** at ¶4].

3.  On April 29, 2015, the EMS defendants were dispatched for "ETOH Intox" to a residence

    located at 285 Sturges Road in Wilton, CT, which they have since learned was the

    residence of the plaintiff, Neelu Pal (the "Plaintiff").  [**Exhibit A** at ¶11; **Exhibit B** at

    ¶9].

4.  The EMS defendants were dispatched at 2:22 and arrived at the Plaintiff's residence at

    2:33.  [**Exhibit A** at ¶12].

5.      Initially, Daniel Monahan was driving Unit 511 when the EMS defendants arrived at the Plaintiff's residence. [**Exhibit B** at ¶10; **Exhibit C**, Deposition of Richard Janes at 21:7-11].

6.      Upon arrival at the Plaintiff's residence, the Plaintiff was handcuffed in the back of the police car and was screaming. [**Exhibit A** at ¶13].

7.      The Plaintiff refused to answer questions pertaining to her history of present illness or medical history and all attempts to interview her were met with aggression and belligerence. [**Exhibit A** at ¶14; **Exhibit B** at ¶11].

8.      The police advised the EMS defendants that the Plaintiff was under arrest and needed medical evaluation. [**Exhibit A** at ¶15].

9.      The Plaintiff continued to be aggressive and combative with both EMS and the police. [**Exhibit A** at ¶16].

10.     The police reported a smell of ETOH. [**Exhibit A** at ¶17].

11.     The Plaintiff's behavior was deemed to be a danger to herself and others. [**Exhibit A** at ¶18].

12.     At 2:38, the Plaintiff was removed from the police car and her handcuffs were moved from behind her to the front by the police. [**Exhibit A** at ¶19].

13.     The Plaintiff was secured to the stretcher and moved to an ambulance. [**Exhibit A** at ¶20; **Exhibit B** at ¶¶12 and 13].

14.     Richard Janes initially observed the Plaintiff from outside the rear of the ambulance as she was being treated, but at no time did he enter the back of the ambulance. [**Exhibit B** at ¶14; **Exhibit C** at 41:10-13; 46:17-21]

15.   Thereafter, Richard Janes remained the driver of the ambulance and did not leave the driver's seat.  [**Exhibit B** at ¶15; **Exhibit C** at 50:2-3]

16.   A police officer remained on board and assessment of the Plaintiff continued enroute. [**Exhibit A** at ¶21]

17.   The Plaintiff continued to be uncooperative and belligerent.  [**Exhibit A** at ¶22].

18.   At 2:46, attempts to obtain vital signs and cbg were met with violence.  [**Exhibit A** at ¶23].

19.   Both the EMS and police tried multiple times to verbally de-escalate with no success. [**Exhibit A** at ¶24].

20.   A note from 2:50 indicates that the Plaintiff became increasingly combative and the EMS driver called for a medic 500 intercept.  [**Exhibit A** at ¶25].

21.   The Plaintiff attempted to bite the police officer's cheek and began to kick the EMS crew. [**Exhibit A** at ¶26].

22.   The Plaintiff's lower extremities were restrained to a stretcher with soft restraints. [**Exhibit A** at ¶27].

23.   At 2:57, the Plaintiff began to comply and was no longer combative.  [**Exhibit A** at ¶28].

24.   The medic arrived, but was cancelled by the EMS.  [**Exhibit A** at ¶29].

25.   At 3:00, the Norwalk emergency department was advised of an incoming combative patient and at 3:10, the Plaintiff was noted as being uncooperative again.  [**Exhibit A** at ¶30].

26.   At 3:12, the Plaintiff was transferred to the care of the Norwalk ED and a report was given to Chris C. and Dr. Hammel.  [**Exhibit A** at ¶31].

27. The Plaintiff's restraints were removed, there was no injury noted, and distal pulses were present prior to and after removal.  [**Exhibit A** at ¶32].

28. The EMS run report for Unit 511, the vehicle driven and operated by the EMS defendants, demonstrates that this was the vehicle involved in the transport of Neelu Pal on April 29, 2015.  [**Exhibit A** at ¶6; **Exhibit D**, Affidavit of Matt Soicher at ¶4].

29. According to the EMS report for Unit 511, Richard Janes was the driver of Unit 511 and Daniel Monahan was the primary care giver operating in Unit 511.  [**Exhibit A** at ¶7; Exhibit D at ¶6].

30. Unit 511 is a basic EMS vehicle and it does not come equipped with any sedatives or other narcotics nor can any such substances be carried on board.  [**Exhibit A** at ¶8].

31. The Certificate of Operation-Renewal for the Wilton Volunteer Ambulance Corps indicated that the Wilton Volunteer Ambulance Corps has two licensed vehicles, both classified as BASL, which denotes a basic EMS vehicle.  [**Exhibit D** at ¶8 and 9]

32. These two vehicles were given a marker number of 2341 and 2692.  [**Exhibit D** at ¶10].

33. Marker number 2341 refers to Unit 511 and marker number 2692 refers to Unit 512.  [**Exhibit D** at ¶11].

34. The State of Connecticut Department of Public Health's EMS Vehicle Equipment Lists delineates in pages 2-8 the equipment that is present within a basic EMS vehicle such as unit 511, which does not include any sedatives or other narcotics.  [**Exhibit D** at ¶12 and 13].

35. Accordingly, there were no sedatives or other narcotics or any similar substances available to the EMS defendants, or any other person in Unit 511 while transporting Ms. Pal in this vehicle.  [**Exhibit A** at ¶9; **Exhibit B** at ¶7; **Exhibit D** at ¶19].

4

36. The EMS defendants did not have any sedatives or other narcotics or any similar substances on their person from another source. **[Exhibit A** at ¶10; **Exhibit B** at ¶8; **Exhibit D** at ¶20].

37. At no time on April 29, 2015 did the EMS defendants engage in unlawful, egregious, wanton and/or malicious acts. **[Exhibit A** at ¶33; **Exhibit B** at ¶16].

38. At no time on April 29, 2015 did the EMS defendants forcibly imprison the Plaintiff in the back of an EMS vehicle. **[Exhibit A** at ¶34; **Exhibit B** at ¶17].

39. Daniel Monahan may have removed a jacket or sweatshirt from the Plaintiff, but did not remove any other portions of the Plaintiff's clothing at any time [**Exhibit A** at ¶35; **Exhibit B** at ¶18].

40. The EMS defendants did not physical assault the Plaintiff at any time. **[Exhibit A** at ¶36; **Exhibit B** at ¶19].

41. The EMS defendants did not sexually assault the Plaintiff at any time. **[Exhibit A** at ¶37; **Exhibit B** at ¶20].

42. The EMS defendants did not inject the Plaintiff with any substance at any time and did not inject the medial aspect of the Plaintiff's right arm as she alleges. **[Exhibit A** at ¶38; **Exhibit B** at ¶21].

43. Officer Robert Smaldone, who was the Wilton Police Officer present in the back of the ambulance with Daniel Monahan, did not witness any assault of the plaintiff. [Affidavit of Officer Robert Smaldone, attached to the co-defendants Motion for Summary Judgment as **Exhibit K**, at ¶ 15].

44. The Plaintiff testified that Robert Smaldone was always present in the rear cabin of the ambulance. [**Exhibit E**, Deposition Transcript of the Plaintiff at 264:11-17].

45.  The affidavit that Daniel Monahan created as part of the criminal case was true and correct in all respects. [**Exhibit A** at ¶39].

46.  The Plaintiff could not identify which of the EMS defendants allegedly injected her arm. [**Exhibit E** at 138-141].

47.  The Plaintiff could not identify which of the EMS defendants allegedly sexually assaulted her. [**Exhibit E** at 138-141].

48.  The Plaintiff testified that she did not see the alleged injection into her arm. [**Exhibit E** at 274:16-23].

49.  Dr. Hammel treated the Plaintiff at Norwalk Hospital and the Plaintiff made no report of any sexual assault. [**Exhibit W** of Wilton Defendants at page 21].

THE DEFENDANTS
DANIEL MONAHAN
RICHARD JANES

BY:   /s/ Patrick M. Mullins
      Patrick M. Mullins (ct 13200)
      COTTER, COTTER & MULLINS, LLC
      6515 Main Street
      Second Floor, Suite 10
      Trumbull, CT 06611
      Telephone: (203) 331-0774
      pmullins@ccmvlaw.com

## CERTIFICATION

I hereby certify that on April 9, 2020, a copy of the foregoing was filed electronically and served by mail and/or e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

Parties may access this filing through the Court's system.

/s/ Patrick M. Mullins
Patrick M. Mullins

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.: 3:18-CV-616 (MPS)

| | |
|---|---|
| NEELU PAL | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT CIPOLLA, | ) |
| ROBERT SMALLDONE, | ) |
| MICHAEL TYLER, | ) |
| SCOTT SEAR, | ) |
| DANIEL MONAHAN, | ) |
| RICHARD JANES, | ) |
| TOWN OF WILTON, | ) |
| DOE DEFENDANTS A-X | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT OF DANIEL MONAHAN

I, Daniel Monahan, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify about the matters set forth herein.

2. I make this affidavit based on my own personal knowledge.

3. On April 29, 2015, I was an EMT employed by Norwalk Hospital.

4. On April 29, 2015, I was serving as a member of the Town of Wilton EMS.

5. Attached as **Exhibit A** is a true and accurate copy of the EMS run report for Unit 511 of the Wilton Volunteer Ambulance Corps. Inc. that I prepared on April 29, 2015.

6. This EMS run report of Unit 511 demonstrates that this was the vehicle involved in the transport of the plaintiff, Neelu Pal (the "Plaintiff") on that date.

7.    According to my EMS report, Richard Janes was the driver of Unit 511 and I was the primary care giver operating in Unit 511.

8.    Unit 511 is a basic EMS vehicle and it does not come equipped with any sedatives or other narcotics nor can any such substances be carried on board.

9.    Accordingly, there were no sedatives or other narcotics or any similar substances available to Richard Janes or me, or any other person in Unit 511 while transporting Ms. Pal in this vehicle.

10.   Neither Richard Janes nor I had any sedatives or other narcotics or any similar substances on our person from another source.

11.   On April 29, 2015, I was one of two EMTs who were dispatched for "ETOH Intox" to a residence located at 285 Sturges Road in Wilton, CT, which I have since learned is the Plaintiff's residence.

12.   We were dispatched at 2:22 and arrived at the Plaintiff's residence at 2:33.

13.   According to my run report, upon arrival at the Plaintiff's residence, the Plaintiff was handcuffed in the back of the police car and was screaming.

14.   She refused to answer questions pertaining to her history of present illness or medical history and all attempts to interview her were met with aggression and belligerence.

15.   The police advised EMS that the Plaintiff was under arrest and needed medical evaluation.

16.   The Plaintiff continued to be aggressive and combative with both EMS and the police.

17.   The police reported a smell of ETOH.

18.   The Plaintiff's behavior was deemed to be a danger to herself and others.

19. At 2:38, the Plaintiff was removed from the police car and her handcuffs were moved from behind her to the front by the police.

20. The Plaintiff was secured to the stretcher and moved to an ambulance.

21. A police officer remained on board and assessment of the Plaintiff continued enroute.

22. The Plaintiff continued to be uncooperative and belligerent.

23. At 2:46, attempts to obtain vital signs and cbg were met with violence.

24. Both the EMS and police tried multiple times to verbally de-escalate with no success.

25. A note from 2:50 indicates that the Plaintiff became increasingly combative and the EMS driver called for a medic 500 intercept.

26. The Plaintiff attempted to bite the police officer's cheek and began to kick the EMS crew.

27. The Plaintiff's lower extremities were restrained to a stretcher with soft restraints.

28. At 2:57, the Plaintiff began to comply and was no longer combative.

29. The medic arrived, but was cancelled by the EMS crew.

30. At 3:00, the Norwalk emergency department was advised of an incoming combative patient and at 3:10, the Plaintiff was noted as being uncooperative again.

31. At 3:12, the Plaintiff was transferred to the care of the Norwalk ED and a report was given to Chris C. and Dr. Hammel.

32. The Plaintiff's restraints were removed, there was no injury noted, and distal pulses were present prior to and after removal.

33. At no time on April 29, 2015 did I engage in unlawful, egregious, wanton and/or malicious acts.

34. At no time on April 29, 2015 did I forcibly imprison the Plaintiff in the back of an EMS vehicle.

3

35. I may have removed a jacket or sweatshirt from the Plaintiff, but did not remove any other portions of the Plaintiff's clothing at any time.

36. I did not physical assault the Plaintiff at any time.

37. I did not sexually assault the Plaintiff at any time.

38. I did not inject the Plaintiff with any substance at any time and did not inject the medial aspect of the Plaintiff's right arm as she alleges.

39. The affidavit that I created as part of the criminal case was true and correct in all respects.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

Signed under the pains and penalties of perjury this 8th day of April, 2020.

Daniel Monahan

STATE OF CONNECTICUT:
                          : SS
COUNTY OF              :

      Personally Appeared, Daniel Monahan, Signer and Sealer of the foregoing Instrument, and acknowledged the same to be his free act and deed before me.

Notary Public
Commissioner of the Superior Court

5

Patient Record 35350281   Generated 05/08/18 10:07AM EST   Page 1 of 2



| PRID:35350281 | CMED CN:15-29799 | | EMS Number:477 |
|---|---|---|---|

**Service:** Wilton Volunteer Ambulance Corps, Inc.
**Base:** WVAC Headquarters
**Unit:** 511
**EMD:** Yes, With Pre-Arrival Instructions - 26-A-1
**Dispatched As:** ETOH Intox
**Mass Casualty:** Not Recorded
**Type of Svc:** Scene Unscheduled
**Response Code:** Wilton Ambulance
**Mode to Ref:** No Lights/Sirens
**Moved Via:** Stretcher
**Position:** Semi-Fowlers
**Outcome:** Treated, Transported by EMS

**Date:** April 29, 2015
**Team:** BLS
**Crew 1:**_Driver_
    Janes, Richard
    AEMT
**Crew 2:**_Primary Caregiver_
    Monahan, Daniel
    AEMT
**Mode to Rec:** No Lights/Sirens
**Moved From:** Stretcher

**Ref Other Type:** _Residence_
**Location:** 284 STURGES RIDGE RD
    WILTON, CT 06897
**Ref. GPS:** 41.2152214050293,-73.4056777954102

**Receiving:** Hospital
    Norwalk Hospital
    Emergency Department
    34 Maple Street
    Norwalk, CT 06850
    2038522944
**Dest. GPS:** 41.112341,-73.421119
**Rec. MD:** Jean Hammel

**MCRN Number:** 844-337

**Last Name:** Pal   **First:** neelu
**Address:** 248 Sturges Ridge Rd
**City:** Wilton   **ST:**CT   **Zip:**06897
**County:** Fairfield
**Country:** United States
**DOB:**       **SSN:**
**Age:** 44y   **Sex:** F   **Weight:**
**Height:**
**Subscriber:** No

| Odometer | Times |
|---|---|
| Ld Miles: 8.5 | **Onset:** 12:22 |
| | **Dispatch:** 14:22 |
| | **EnRoute:** 14:24 |
| | **At Ref:** 14:33 |
| | **Leave Ref:** 14:50 |
| | **At Rec:** 15:12 |
| | **Available:** 15:31 |
| | **first Patch:** 14:59 |
| | **Medic Arr:** 14:57 |

**Billing Information:**
None Given

### Scene Information

**Description:** Pt found in back of WPD car.
**First Agency Unit on Scene?:** No
**Patient Belongings:** No belongings handled.
**Other EMS:** Wilton Police

### Chief Complaint   (Category: Unknown Problems)

Aggressive behavior.

### History of Present Illness

WPD states pt had been calling 911 for last two hours complaining of issue with children's school. Pt advised to call non-emergent line. Pt continued to call 911 so WPD investigated. WPD states pt was combative and uncooperative. Upon arrival of EMS, pt was found in back of police car, handcuffed, screaming. Pt refused to answer questions pertaining to hpi and medical hx, all attempts to interview pt met with aggression and belligerence. WPD advised EMS pt was under arrest and needed medical evaluation. Unable to obtain vital signs, or cbg. Pt aggressive and combative with EMS crew and WPD. WPD reports smell of ETOH. No obvious signs of trauma. Pt appears to be adequately perfusing. Pt's behavior danger to self and others.

| Medical History | Current Medications | Allergies |
|---|---|---|
| Unknown | Unknown | Unknown |

### Neurological Exam

**Level of Consciousness:** Agitated   **Loss of Consciousness:** No
**Chemically Paralyzed:** No
**Neurological Present:** Normal
**Mental Present:** Combative

| Glasgow Coma Scale | | | |
|---|---|---|---|
| | E | V | M | Tot |
| Int: | 4 | 4 | 5 | = 13 |

**Exhibit A**

Patient Record 35350281     Generated 05/08/18 10:07AM EST     Page 2 of 2

|  | Motor | Sensory |
|---|---|---|
| LA: | Normal | |
| RA: | Normal | |
| LL: | Normal | |
| RL: | Normal | |

| Airway | Respiratory |
|---|---|
| Status: Patent | Effort: Normal |

### Cardiovascular

Cap. Refill: Less than 2 Seconds

| Pulses | Left | Right |
|---|---|---|
| Carotid: | | |
| Radial: | Strong | Strong |
| Femoral: | | |
| Dorsalis: | Strong | Strong |

### Injury Details

Reason for Encounter: Non-Injury

Drugs/Alcohol?: Unknown

### Initial Physical Findings

**Assessment**

Skin: Warm

| Activity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | H.R. | B.P. | RA SaO2 | | Resp | Rhythm | GCS | ECG Method |
| | H.R. Method | Method | | | Resp Effort | | | |
| Action | Comment | | | | | | | |
| 14:33 | | | | | | | 4/4/5 | |
| | Pt contact initiated, attempted to obtain hpi with medical hx. Need for treatment explained to pt. | | | | | | | |
| 14:38 | | | | | | | | |
| | Pt removed by WPD from police car, handcuffs moved from behind pt to in front of pt by WPD. Pt secured to stretcher and moved to ambulance. Continued assessment enroute. WPD on board. Pt continued to be uncooperative and belligerent. | | | | | | | |
| 14:46 | 120 | | | | 22 | | | |
| | Palpated | | | | Normal | | | |
| | Attempts to obtain initial vital signs and cbg met with violence. EMS crew and WPD tried multiple times to verbally deescalate, no success. | | | | | | | |
| 14:50 | | | | | Normal | | | |
| | Pt became increasingly combative, EMS driver called for medic 500 intercept. Pt attempted to bite WPD officer's cheek. Pt began to kick EMS crew. Pt's lower extremities restrained to stretcher with soft restraints. Distal pulses present. | | | | | | | |
| 14:57 | | | | | Normal | | | |
| | Pt began to comply and was no longer combative. Medic 500 arrived, cancelled by EMS crew, no pt contact. | | | | | | | |
| 15:00 | | | | | Normal | | | |
| | Norwalk ED advised of incoming combative pt. | | | | | | | |
| 15:10 | 120 | | | | 22 | | | |
| | Palpated | | | | Normal | | | |
| | Pt continued to be uncooperative. | | | | | | | |
| 15:12 | | | | | | | | |
| | Transfer of care and report given to Chris C and Dr.Hammel, 3. Restraints removed, no injury noted, distal pulses present prior to and after removal. | | | | | | | |

Janes, Richard: _____

Monahan, Daniel: *Electronically Signed on 04/29/2015 16:52:55 EST*

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.: 3:18-CV-616 (MPS)

NEELU PAL                          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
ROBERT CIPOLLA,                    )
ROBERT SMALLDONE,                  )
MICHAEL TYLER,                     )
SCOTT SEAR,                        )
DANIEL MONAHAN,                    )
RICHARD JANES,                     )
TOWN OF WILTON,                    )
DOE DEFENDANTS A-X                 )
                                   )
            Defendants.            )
                                   )

## AFFIDAVIT OF RICHARD JANES

I, Richard Janes, being duly sworn, do hereby depose and say:

1.   I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify about the matters set forth herein.

2.   I make this affidavit based on my own personal knowledge.

3.   On April 29, 2015, I was an EMT employed by Norwalk Hospital.

4.   On April 29, 2015, I was serving as a member of the Town of Wilton EMS.

5.   The EMS run report prepared by Daniel Monahan dated April 29, 2015 for Unit 511 demonstrates that this was the vehicle involved in the transport of the plaintiff, Neelu Pal (the "Plaintiff") on that date.

6.   Unit 511 is a basic EMS vehicle and it does not come equipped with any sedatives or other narcotics nor can any such substances be carried on board.

7.      Accordingly, there were no sedatives or other narcotics or any substances available to Richard Janes or me, or any other person in Unit 511 while transporting Ms. Pal in this vehicle.

8.      I did not have any sedatives or other narcotics or any substances on my person from another source.

9.      On April 29, 2015, I was one of two EMTs who were displaced for "ETOH Intox" to a residence located at 285 Sturges Road in Wilton, CT, which I have since learned is the Plaintiff's residence.

10.     Initially, Daniel Monahan was driving Unit 511 when we arrived at the Plaintiff's residence. [Depo at 21:7-11]

11.     Upon arrival, I introduced myself and asked the Plaintiff for her medical history, which she refused to provide. [Depo at 26:6-13)

12.     I was involved in placing the Plaintiff on a stretcher. [Depo at 38:14-23].

13.     The Plaintiff was then placed into the ambulance. [Depo at 41:6-9].

14.     I initially observed the Plaintiff from outside the rear of the ambulance as she was being treated, but at no time did I enter the back of the ambulance. [Depo at 41:10-13; 46:17-21]

15.     Thereafter, I remained the driver of the ambulance and did not leave the driver's seat. [Depo at 50:2-3]

16.     At no time on April 29, 2015 did I engage in unlawful, egregious, wanton and/or malicious acts.

17.     At no time on April 29, 2015 did I forcibly imprison the Plaintiff in the back of an EMS vehicle.

2

18.     I did not remove portions of the Plaintiff's clothing at any time.

19.     I did not physical assault the Plaintiff at any time.

20.     I did not sexually assault the Plaintiff at any time.

21.     I did not inject the Plaintiff with any substance at any time and did not inject the medial

aspect of the Plaintiff's right arm as she alleges.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Signed under the pains and penalties of perjury this 8th day of April, 2020.

_____
Richard Janes


STATE OF CONNECTICUT:
                                    : SS
COUNTY OF                    :


    Personally Appeared, Richard Janes, Signer and Sealer of the foregoing Instrument, and acknowledged the same to be his free act and deed before me.

_____
Notary Public
Commissioner of the Superior Court

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - x

NEELU PAL,

        Plaintiff,

vs.
                              Civ. No.
                           3:18cv-00616(MPS)

ROBERT CIPOLLA, et al.,

        Defendants.

- - - - - - - - - - - - - - x



      VIDEOTAPED DEPOSITION of RICHARD JANES, taken
by the Plaintiff at 640 West Putnam Avenue, Greenwich,
Connecticut, on Thursday, January 16, 2020, commencing
at 1:07 p.m., before Pamela Grimaldi, a Registered
Professional Reporter and Certified LiveNote Reporter.

1d4844a1-18b4-471c-a1d1-c31f418d02fb

```
1                         R. Janes
2         A      I'm just guessing.  I don't know.
3         Q      So you showed up.  Were you driving
4    the ambulance?
5         A      Initially I wasn't.  Driving to the
6    call, I was in the passenger seat.
7         Q      Who was driving?
8         A      Dan.
9         Q      Were there just the two of you in the
10   ambulance?
11        A      Yes.
12        Q      Okay.  All of your notes go back to
13   Norwalk Hospital, correct?
14               MR. MULLINS:  I'm sorry, all --
15        Q      All of your ambulance documentation,
16   notes, written assessments of whatever you did at
17   different scenes, go back to Norwalk Hospital?
18               MR. MULLINS:  Objection to the form.
19               If you understand, you can answer.
20        A      I can't talk about anybody else's run
21   form.  But your run form would go to Wilton EMS.
22        Q      Okay.  So you don't know -- so you
23   believe that that run form went to Wilton EMS and
24   nowhere else?
25        A      No.  I know it went there.
```

1d4844a1-18b4-471c-a1d1-c31f418d02fb

CHAIT DIGITAL REPORTING

Page 26

1                          R. Janes

2          A     No.

3          Q     -- at all?

4          A     At all.  That's not how I do it.

5          Q     Why is that not how you do it?

6          A     I say, Hello, ma'am, sir.  Are you

7     hurt?  What's going on?

8          Q     Okay.  Did you elicit any history from

9     me?

10         A     I asked you if you had any medical

11    problems or take any medicine.

12         Q     Do you remember what I said?

13         A     You weren't answering anybody.

14         Q     I cursed you out, right?  Did I curse

15    you or did I curse your fellow?

16         A     I don't think so.

17         Q     I didn't?

18         A     You kept calling my name, so I think

19    we had kind of a rapport, maybe --

20         Q     I did keep calling your name?

21         A     Yeah.

22         Q     And you're certain of that?

23         A     A couple times.

24         Q     How are you certain of that?  Have you

25    listened to any recordings from the scene?

1d4844a1-18b4-471c-a1d1-c31f418d02fb

```
 1                         R. Janes
 2         A      I did not hear it.
 3         Q      You did not hear it?
 4         A      No.
 5         Q      Okay.  Did anyone mention it to you at
 6    any point in time?
 7         A      No.
 8         Q      Do you know whether it exists on any
 9    of the recordings?
10         A      I did not hear it.
11         Q      Okay.  So you didn't hear it.  So it
12    may have been -- it may have been present there.
13    Okay.
14                Once I was on the stretcher, I was
15    just sitting there.  What happened next?  What was
16    your actions?  Like what did you do?
17         A      We put the seatbelts on you.
18         Q      They are called seatbelts?
19         A      Seatbelts.
20         Q      Okay.  That's the stretcher, gurney.
21         A      Stretcher straps.
22         Q      Okay.  Good.  Just normal --
23         A      We wheeled you to the ambulance.
24         Q      Did you have gloves on?
25         A      Always.
```

1d4844a1-18b4-471c-a1d1-c31f418d02fb

```
 1                         R. Janes
 2       Q      Was I handcuffed at that point?
 3       A      I think you were, in the front, yeah.
 4       Q      Were my feet secured?
 5       A      With the front seatbelt, yes.
 6       Q      With the seatbelt.  Okay.
 7              Then did you place me into the
 8  ambulance?  Is that correct?
 9       A      Correct.
10       Q      What did you do next?
11       A      Dan and I think a police officer got
12  in the back of the ambulance with you, and I stayed
13  at the back with the doors open and I just watched.
14       Q      Okay.  And what did you observe?
15       A      I think Dan tried to do some vitals
16  and maybe a blood sugar test.
17       Q      What did he do for the blood sugar?
18       A      I think you refused.  You refused
19  vitals and you refused a blood sugar test, so we
20  just -- he just left it.
21       Q      Was I saying anything else at that
22  time?
23       A      I don't remember.  Just a lot of
24  yelling.  Mostly about your sons.
25       Q      What was I saying?  What do you
```

CHAIT DIGITAL REPORTING

```
 1                        R. Janes
 2    from the dash cams, the ambulance drove in from the
 3    left entrance?
 4         A       Right.
 5         Q       Towards the home?
 6         A       Correct.
 7         Q       Correct?
 8                 You were standing -- while I was
 9    within the ambulance, you were standing at the foot
10    of the ambulance towards the rear wheels, correct?
11         A       The back tailgate.
12         Q       Yes.
13         A       I wasn't near the wheels.
14         Q       Okay.  Whatever it's called.  The back
15    tailgates.  You were there?
16         A       Correct.
17         Q       Were you there all the time or did you
18    enter the ambulance at any point?
19         A       I never entered the ambulance.
20         Q       You never entered the ambulance?
21         A       No.
22         Q       Is there a side door to the ambulance?
23         A       Yes.
24         Q       Okay.  Who entered through that door?
25    Do you recall that?
```

1d4844a1-18b4-471c-a1d1-c31f418d02fb

```
 1                          R. Janes
 2         Q       And you drove.
 3         A       Correct.
 4         Q       Okay.  Did the ambulance stop along
 5    the way?
 6         A       Yes.
 7         Q       How many times?
 8         A       I think twice.
 9         Q       Twice.  Why did it stop the first
10    time?
11         A       Because I think Dan was having a
12    problem in the back.
13         Q       What kind of problem?
14         A       Yelling and screaming.
15         Q       Dan was yelling and screaming?
16         A       No.  You were.
17         Q       Okay.  Why is that a problem?
18    Patients never yell and scream?
19         A       Well, patients try to get up off the
20    stretcher and run out of the ambulance.
21         Q       While the police are --
22         A       They are kicking and biting.
23         Q       Okay.  So I was fully secured.  Do you
24    recall at any point that the restraints were taken
25    off?  Do you recall that?
```

1d4844a1-18b4-471c-a1d1-c31f418d02fb

EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.: 3:18-CV-616 (MPS)

| | |
|---|---|
| NEELU PAL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT CIPOLLA, | ) |
| ROBERT SMALLDONE, | ) |
| MICHAEL TYLER, | ) |
| SCOTT SEAR, | ) |
| DANIEL MONAHAN, | ) |
| RICHARD JANES, | ) |
| TOWN OF WILTON, | ) |
| DOE DEFENDANTS A-X | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT OF MATT SOICHER

I, Matt Soicher, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify about the matters set forth herein.

2. I make this affidavit based on my own personal knowledge.

3. I am EMS Director at Norwalk Hospital.

4. Attached as **Exhibit A** is a true and accurate copy of the EMS run report for Unit 511 of the Wilton Volunteer Ambulance Corps. Inc. on April 29, 2015.

5. This EMS run report of Unit 511 demonstrates that this was the vehicle involved in the transport of Neelu Pal on that date.

6. According to the EMS report for Unit 511, Richard Janes was the driver of Unit 511 and Daniel Monahan was the primary care giver operating in Unit 511.

7. Unit 511 is a basic EMS vehicle and it does not come equipped with any sedatives or other narcotics nor can any such substances be carried on board.

8. Attached as **Exhibit B** is a true and accurate copy of the Certificate of Operation-Renewal for the Wilton Volunteer Ambulance Corps.

9. This Certificate of Operation-Renewal indicated that the Wilton Volunteer Ambulance Corps has two licensed vehicles, both classified as BASL, which denotes a basic EMS vehicle.

10. These two vehicles were given a marker number of 2341 and 2692.

11. Marker number 2341 refers to Unit 511 and marker number 2692 refers to Unit 512.

12. Attached as **Exhibit C** is a true and accurate copy of the State of Connecticut Department of Public Health's EMS Vehicle Equipment Lists.

13. **Exhibit C** delineates in pages 2-8 the equipment that is present within a basic EMS vehicle such as unit 511, which does not include any sedatives or other narcotics.

14. Attached as **Exhibit D** is a true and accurate copy of the EMS run report for Unit 500 of Wilton/Weston on April 29, 2015.

15. This EMS run report of Unit 500 is related to the incident involving Neelu Pal.

16. According to this EMS report for Unit 500, Anne Himmelright, a paramedic, was the driver of Unit 500.

17. The Connecticut EMS Vehicle Equipment List includes in the last three pages the paramedic equipment list that would have been included in Unit 500, which would have included sedatives. These substances are not in a basic EMS vehicle, such as Unit 511, that transported Neelu Pal on April 29, 2015.

2

18. The EMS report notes for Unit 500 confirms that there was no patient assessment of Neelu Pal by the paramedic and that this vehicle was cancelled upon arrival by Unit 511, without patient contact.

19. Accordingly, there were no sedatives or other narcotics or any substances available to Richard Janes or Daniel Monahan, or any other person in Unit 511 while transporting Ms. Pal in this vehicle.

20. Upon information and belief, neither Richard Janes nor Daniel Monahan had any sedatives or other narcotics or any substances on their person from another source.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Signed under the pains and penalties of perjury this $\underline{1^{st}}$ day of August, 2018.

Matt Soicher

# Exhibit A

Patient Record 35350281

Generated 05/08/18 10:07AM
EST

Page 1 of 2



| PRID:35350281 | CMED CN:15-29799 | EMS Number:477 |
|---|---|---|

| | | |
|---|---|---|
| **Service:** Wilton Volunteer Ambulance Corps, Inc. | **Date:** April 29, 2015 | |
| **Base:** WVAC Headquarters | **Team:** BLS | |
| **Unit:** 511 | **Crew 1:** *Driver* | |
| **EMD:** Yes, With Pre-Arrival Instructions - 26-A-1 | Janes, Richard AEMT | |
| **Dispatched As:** ETOH Intox | **Crew 2:** *Primary Caregiver* Monahan, Daniel AEMT | |
| **Mass Casualty:** Not Recorded | | |
| **Type of Svc:** Scene Unscheduled | **Mode to Rec:** No Lights/Sirens | |
| **Response Code:** Wilton Ambulance | **Moved From:** Stretcher | |
| **Mode to Ref:** No Lights/Sirens | | |
| **Moved Via:** Stretcher | | |
| **Position:** Semi-Fowlers | | |
| **Outcome:** Treated, Transported by EMS | | |

**Ref Other Type:** Residence
**Location:** 284 STURGES RIDGE RD
WILTON, CT 06897
**Ref. GPS:** 41.2152214050293,-73.4056777954102

**Receiving:** *Hospital*
Norwalk Hospital
Emergency Department
34 Maple Street
Norwalk, CT 06850
2038522944
**Dest. GPS:** 41.112341,-73.421119
**Rec. MD:** Jean Hammel

---

**MCRN Number:** 844-337

**Last Name:** Pal **First:** neelu
**Address:** 248 Sturges Ridge Rd
**City:** Wilton **ST:** CT **Zip:** 06897
**County:** Fairfield
**Country:** United States
**DOB:** **SSN:**
**Age:** 44y **Sex:** F **Weight:**
**Height:**
**Subscriber:** No

| Odometer | Times | |
|---|---|---|
| Ld Miles: 8.5 | **Onset:** 12:22 | |
| | **Dispatch:** 14:22 | |
| | **EnRoute:** 14:24 | |
| | **At Ref:** 14:33 | |
| | **Leave Ref:** 14:50 | |
| | **At Rec:** 15:12 | |
| | **Available:** 15:31 | |
| | **First Patch:** 14:59 | |
| | **Medic Arr:** 14:57 | |

**Billing Information:**
None Given

| Scene Information |
|---|
| **Description:** Pt found in back of WPD car. |
| **First Agency Unit on Scene?:** No |
| **Patient Belongings:** No belongings handled. |
| **Other EMS:** Wilton Police |

| Chief Complaint (Category: Unknown Problems) |
|---|
| Aggressive behavior. |

| History of Present Illness |
|---|
| WPD states pt had been calling 911 for last two hours complaining of issue with children's school. Pt advised to call non-emergent line. Pt continued to call 911 so WPD investigated. WPD states pt was combative and uncooperative. Upon arrival of EMS, pt was found in back of police car, handcuffed, screaming. Pt refused to answer questions pertaining to hpi and medical hx, all attempts to interview pt met with aggression and belligerence. WPD advised EMS pt was under arrest and needed medical evaluation. Unable to obtain vital signs, or cbg. Pt aggressive and combative with EMS crew and WPD. WPD reports smell of ETOH. No obvious signs of trauma. Pt appears to be adequately perfusing. Pt's behavior danger to self and others. |

| Medical History | Current Medications | Allergies |
|---|---|---|
| Unknown | Unknown | Unknown |

| Neurological Exam | | |
|---|---|---|
| **Level of Consciousness:** Agitated | **Loss of Consciousness:** No | |
| **Chemically Paralyzed:** No | | |
| **Neurological Present:** Normal | | |
| **Mental Present:** Combative | | |

| Glasgow Coma Scale | | | | |
|---|---|---|---|---|
| | E | V | M | Tot |
| Int: | 4 | 4 | 5 | = 13 |

Patient Record 35350281     Generated 05/08/18 10:07AM EST     Page 2 of 2

| | Motor | Sensory |
|---|---|---|
| LA: | Normal | |
| RA: | Normal | |
| LL: | Normal | |
| RL: | Normal | |

| Airway | Respiratory |
|---|---|
| Status: Patent | Effort: Normal |

### Cardiovascular

Cap. Refill: Less than 2 Seconds

| Pulses | Left | Right |
|---|---|---|
| Carotid: | | |
| Radial: | Strong | Strong |
| Femoral: | | |
| Dorsalis: | Strong | Strong |

### Injury Details

Reason for Encounter: Non-Injury
Drugs/Alcohol?: Unknown

### Initial Physical Findings

**Assessment**

Skin: Warm

### Activity

| Time | H.R. | B.P. | RA SaO2 | | Resp | Rhythm | GCS | ECG Method |
|---|---|---|---|---|---|---|---|---|
| | H.R. Method | Method | | | Resp Effort | | | |
| Action | Comment | | | | | | | |
| 14:33 | | | | | | | 4/4/5 | |
| | Pt contact initiated, attempted to obtain hpi with medical hx. Need for treatment explained to pt. | | | | | | | |
| 14:38 | | | | | | | | |
| | Pt removed by WPD from police car, handcuffs moved from behind pt to in front of pt by WPD. Pt secured to stretcher and moved to ambulance. Continued assessment enroute. WPD on board. Pt continued to be uncooperative and belligerent. | | | | | | | |
| 14:46 | 120 | | | | 22 | | | |
| | Palpated | | | | Normal | | | |
| | Attempts to obtain initial vital signs and cbg met with violence. EMS crew and WPD tried multiple times to verbally deescalate, no success. | | | | | | | |
| 14:50 | | | | | Normal | | | |
| | Pt became increasingly combative, EMS driver called for medic 500 intercept. Pt attempted to bite WPD officer's cheek. Pt began to kick EMS crew. Pt's lower extremities restrained to stretcher with soft restraints. Distal pulses present. | | | | | | | |
| 14:57 | | | | | Normal | | | |
| | Pt began to comply and was no longer combative. Medic 500 arrived, cancelled by EMS crew, no pt contact. | | | | | | | |
| 15:00 | | | | | Normal | | | |
| | Norwalk ED advised of incoming combative pt. | | | | | | | |
| 15:10 | 120 | | | | 22 | | | |
| | Palpated | | | | Normal | | | |
| | Pt continued to be uncooperative. | | | | | | | |
| 15:12 | | | | | | | | |
| | Transfer of care and report given to Chris C and Dr.Hammel, 3. Restraints removed, no injury noted, distal pulses present prior to and after removal. | | | | | | | |

Janes, Richard:     _____

Monahan, Daniel:     *Electronically Signed on 04/29/2015 16:52:55 EST*

# Exhibit B

*I COPY*

# CERTIFICATE OF OPERATION - RENEWAL
## PROVIDER INFORMATION

1.  Name of Service:    Wilton Volunteer Ambulance Corps          ID Number:   C161B1

2.  Mailing Address:    234 Danbury Road
                        Wilton, CT  06897

3.  Business Address:   234 Danbury Road
                        Wilton, CT  06897

4.  Telephone Numbers:  Business - 1:   203-834-6245
                        Business - 2:   203-834-6260
                        Fax:            203-834-6267
                        E-Mail Address:   president@wiltonambulance.org

5.  Federal Employer Identification Number:   $\boxed{0}$ $\boxed{6}$ - $\boxed{0}$ $\boxed{9}$ $\boxed{8}$ - $\boxed{2}$ $\boxed{8}$ $\boxed{6}$ $\boxed{0}$

6.  Chief Executive Officer:    ~~Christopher Gardner~~      Tel. No. (Work):   ~~203-762-9678~~ - 203 - 246 -
                                Wendy *richi*                Tel. No. (Home):                        7227

7.  Contact Person:    Robert Storck                        Tel. No. (Work):   203-984-9217
                                                            Tel. No. (Home):

8.  Level of License:   SR/BA

9.  Authorized Skills:    DEFIB/EPI/GLUCOMETER / NARCAN

10. Number of Authorized Vehicles:    2

11. Branch Locations:

12. PSA Type:    For:
    BASIC    Wilton                    SR        Wilton

13. Are you a Connecticut corporation in good standing?       Yes/No    Yes

14. Are you a duly designated element of a governmental body?  Yes/No    No

15. Do you have a mutual aid agreement in place?              Yes/No    Yes
    If yes, please provide name(s):   Southwest CMED

16. Are your Emergency Operation Plans NIMS(National Incident Management System) compliant?    Yes/No    Yes

I certify that the information provided is true to the best of my knowledge.

DATE:   2/10/15          CEO/CHIEF OF SERVICE SIGNATURE:   Wendy *Fintana*

Last revised 06/01/2005

## CHIEF EXECUTIVE OFFICERS

NAME: _Wendy Frahm_

TITLE _President_

ADDRESS: _130 Kings Rd_

_Wilton CT 06897_

TELEPHONE NO: _203-246-7227_   (WORK) (CELL)

_____   (HOME)

NAME: _Brian Raggio_

TITLE: _Vice President_

ADDRESS: _86 Pond Rd_

_Wilton CT 06897_

TELEPHONE NO: _203-246-2658_   (WORK)

_____   " "   (HOME)

NAME: _Robert Strock_

TITLE: _Secretary_

ADDRESS: _157 Huckleberry Hill Rd_

_Wilton CT 06897_

TELEPHONE NO: _203-984-9214_   (WORK)

_____   " "   (HOME)

NAME: _Brian Heffernan   Treasurer_

ADDRESS: _59 Olmstead Hill Rd   Wilton CT 06897_

TELEPHONE NO: _203-912-8454_   (WORK)

_____   (HOME)

| Organization Name | Certification Number | Certificate Expires | Year | Chassis | Classification | Vehicle Identification Number | Marker Number |
|---|---|---|---|---|---|---|---|
| | C16131 | 03/31/2015 | | | | | |
| Wilton Volunteer Ambulance Corps | | | 2009 | FORD | BASL | 1FDAF47R89EA52079 | 2341 |
| Wilton Volunteer Ambulance Corps | | | 2012 | FORD | BASL | 1FDUF4HT3CEA29968 | 2692 |

12/24/2014          Wilton Volunteer Ambulance Corps

# PERSONNEL SUMMARY INFORMATION

| CATEGORY | COUNT |
|---|---|
| MEDICAL RESPONSE TECHNICIAN (MRT) | 3 |
| EMERGENCY MEDICAL TECHNICIAN (EMT) | 29 |
| EMERGENCY MEDICAL TECHNICIAN INTERMEDIATE (EMT-I) | 0 |
| EMERGENCY MEDICAL TECHNICIAN PARAMEDIC (EMT-P) | 3 |
| EMERGENCY MEDICAL SERVICES INSTRUCTOR (EMS-I) | 0 |
| EMERGENCY MEDICAL TECHNICIAN DEFIBRILLATION (EMT-D) | 0 |
| MEDICAL RESPONSE TECHNICIAN DEFIBRILLATION (MRT-D) | 0 |
| NON-AFFILIATED ACTIVE MEMBERS | 3 |

# PERSONNEL ROSTER

This section should include the following information for each active (NON-EXPIRED) full-time/part-time employee/member to be utilized by the applicant:

| Name | Cert. Level | Cert. Number | Exp. Date |
|---|---|---|---|
| Andrews, Nate | EMT | 14303 | 1/20/2017 |
| Bieger, James | EMT-P | 2663 | 9/30/2015 |
| Brandon, Stephen | EMT | 17816 | 7/1/2016 |
| Capielle, Nancy | EMT | 16309 | 1/1/2016 |
| Clark, Elizabeth | EMT | 14612 | 10/1/2015 |
| Collias, Emily | EMT | 15398 | 1/1/2017 |
| Doherty, Kevin | EMT-P | 2508 | 11/30/2015 |
| Drakos, William | EMT-P | 3002 | 5/31/2015 |
| Fratino, Wendy | EMT | 3040 | 7/1/2017 |
| Frost, Carl | EMT | 18264 | 10/1/2017 |
| Gaudino, Lindsay | EMT | 8298 | 1/1/2017 |
| Gold, Austin | EMT | 16398 | 4/1/2016 |
| Heffernan, Brian | EMT | 4859 | 10/1/2017 |
| Herman, Abby | EMT | 17164 | 4/1/2016 |
| Hoyt, Anne | EMT | 13879 | 4/1/2017 |
| Ianniacone, Shawn | EMT | 16575 | 4/1/2016 |
| Kennedy, J Drew | EMT | 18275 | 4/1/2017 |
| Kessler, Johanna | EMT | 18420 | 7/1/2016 |
| Klinga, Thomas | EMT | 990598 | 7/1/2017 |
| Matijcio, Paul | EMR | 12470 | 10/1/2015 |
| McCabe, Ryan | EMT | 16849 | 10/1/2016 |
| McClenaghan, Bill | EMT | 6195 | 4/1/2017 |
| McDermott, Diane | EMT | 16135 | 10/1/2015 |
| Miscioscia, John | EMR | 12469 | 10/1/2015 |
| Nair, Sidh | EMT | 14932 | 1/1/2015 |
| Nickel, Grace | EMT | 17007 | 4/1/2016 |
| Offinger, Don | EMR | 6318 | 4/1/2016 |
| Raggio, Brian | EMT | 8628 | 4/1/2017 |
| Raggio, Peter | EMT | 9717 | 10/1/2017 |
| Smith, Dave | EMT | 970793 | 4/1/2016 |
| Stanton-Reid, Francesca | EMT | 17737 | 4/1/2017 |
| Storck, Robert | EMT | 10605 | 1/1/2017 |
| Teng, Jo-ku Mark | EMT | 18427 | 4/1/2017 |
| Vogric, Peter | EMT | 6994 | 10/1/2016 |
| White-Velez, Travis | EMT | 16547 | 4/1/2016 |
| Young, Alyssa | EMT | 16929 | 10/1/2015 |

# MOBILE INTENSIVE CARE AND AUTHORIZED SKILL
## UPDATE SIGNATURE PAGE

### PROVIDER AGREEMENT

1. _____Wendy Fratino_____, _____President_____, of
        (CEO-NAME)                        (TITLE)

_Wilton Volunteer Ambulance Corps Inc._ acknowledge that the information
        (ORGANIZATION)

provided with this recertification packet is current and accurate. I understand and agree that the skill(s) for which we are authorized is contingent upon the continuance of sponsor hospital medical control and compliance with Section 12a-179-12 of the Regulations which govern the delivery of prehospital emergency medical services.

_Wendy Fratino_          _Wendy Fratino_          _2/10/15_
(CEO-PRINT NAME)          (CEO SIGNATURE)          (DATE)

## SPONSOR HOSPITAL AGREEMENT

The _____Norwalk Hospital_____ is currently the
            (NAME OF HOSPITAL)

Sponsor Hospital for _Wilton Volunteer Ambulance Corps._ at the level of
                        (NAME OF ORGANIZATION)

(specify highest level of service) ☐EMR ☒EMT ☐AEMT ☐Paramedic

and for the following authorized BLS skills:

Please check all appropriately:

| | | |
|---|---|---|
| AED (EMR and above) | Yes ☒ | No ☐ |
| Aspirin (EMT and above) | Yes ☐ | No ☒ |
| Continuous Positive Airway Pressure (CPAP) (EMT and above) | Yes ☐ | No ☒ |
| Glucometer (EMT and above) | Yes ☒ | No ☐ |
| Epinephrine Autoinjector (EMT and above) | Yes ☒ | No ☐ |
| Naloxone (Narcan®) Intranasal and/or Autoinjector (EMR and above) | Yes ☒ | No ☐ |
| Twelve Lead ECG Acquisition and Transmission (EMT and above) | Yes ☐ | No ☒ |

The above provider has complied with all conditions as set forth by this Sponsor Hospital for Mobile Intensive Care and/or BLS skill authorization including, but not limited to, initial provider training and ongoing maintenance of competency. Therefore, on behalf of the Sponsor Hospital, we agree to continue to provide medical control in accordance with Section 19a-179-12(a) of the Regulations of Connecticut State Agencies which govern the delivery of pre-hospital emergency medical services.

_Brian McGovern_                _MD_          _2-12-15_
(MEDICAL DIRECTOR)   (PRINT)      (SIGNATURE)        (DATE)

_James Bruzon_                              _2/12/5_
(EMS COORDINATOR)   (PRINT)      (SIGNATURE)        (DATE)

Updated 12/2/14

Client#: 23413    WILVO

# ACORD™  CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
2/13/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Alicia Flanders | | |
|---|---|---|---|
| Hollis D. Segur, Inc. | PHONE (A/C, No, Ext): 203 699-4523 | | FAX (A/C, No): 203 271-2992 |
| 156 Knotter Drive | | | |
| P.O. Box 400 | E-MAIL ADDRESS: amf@hdsegur.com | | |
| Cheshire, CT  06410 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Philadelphia Insurance Co. | | 23850 |
| INSURED | INSURER B: Hartford Underwriters Insurance | | 30104 |
| Wilton Volunteer Ambulance Corp. Inc. | INSURER C: | | |
| 234 Danbury Rd. | INSURER D: | | |
| Wilton, CT  06897 | INSURER E: | | |
| | INSURER F: | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | | | PHPK1013077 | 05/05/2014 | 05/05/2015 | EACH OCCURRENCE | $1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $3,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $3,000,000 |
| | POLICY PRO-JECT LOC | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | PHPK1013077 | 05/05/2014 | 05/05/2015 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS X NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB X OCCUR | | | PHUB419076 | 05/05/2014 | 05/05/2015 | EACH OCCURRENCE | $5,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $5,000,000 |
| | DED X RETENTION $10,000 | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | 6S60UB07388A14 | 07/01/2014 | 07/01/2015 | X WC STATU-TORY LIMITS OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Evidence of Insurance regarding licensing renewal. "Professional Health Care Liability included in General Liability." 2011 Ford Expedition 1FMJU1G50BEF36660, 2008 Ford Expedition 1FMFU165X8LA67315, 2009 Ford F450 1FDAF47R89EA52079 and 2012 Ford F450 1FDUF4HT3CEA29968

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State Dept of Public Health OEMS, OEMS Renewals 410 Capitol Avenue, MS#12EMS PO Box 340308 Hartford, CT  06134-0308 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  *Nancy D. Cosgrove* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)    1 of 1    The ACORD name and logo are registered marks of ACORD
#S234419/M234416

AMF

# Exhibit C

# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH



Jewel Mullen, M.D., M.P.H., M.P.A.
Commissioner

Dannel P. Malloy
Governor
Nancy Wyman
Lt. Governor

| | |
|---|---|
| Date: | February 10, 2014 |
| To: | All EMS agencies/All Sponsor Hospitals |
| From: | Raphael M. Barishansky, MPH, MS, CPM |
| | Director, Office of Emergency Medical Services |
| | Richard Kamin, MD, FACEP |
| | Medical Director, Office of Emergency Medical Services |
| Re: | Connecticut EMS Vehicle Equipment Lists |

The attached equipment lists represent the minimum equipment to be provided at the scene of an EMS call by the specified level of EMS provider.  All required equipment is to be present, appropriately clean and in good working order on all of the agency's EMS vehicles.  There will be no change in terms of which vehicles are routinely inspected by OEMS.  Regular OEMS inspections will continue to only be required for the authorized vehicles listed on an agency's license or certificate of operation.

These lists were developed and promulgated in compliance with C.G.S Sec. 19a-177(13) and replace the ambulance, MIC and rescue vehicle equipment requirements of the Regulations of Connecticut State Agencies Sec. 19a-179-10 and Sec. 19a-179-18.  EMS agencies shall have until March 1, 2015 to comply with these minimum equipment standards. For any vehicle inspections in the interim, EMS agencies must notify the OEMS inspector in advance of which equipment standard the inspected vehicle presently adheres to.  Vehicles shall be inspected for compliance with all elements of the indicated standard.

Going forward, it is the intent of OEMS to review these equipment lists on an annual basis and adopt changes indicated by advances in medical practice, EMS operations or as required to ensure patient health and safety.

Please note there has been no change in the regulatory equipment requirements for invalid coach vehicles.

EMS agencies should contact their OEMS Regional EMS coordinator with any questions or if they require additional assistance in this regard.



Phone: (860) 509-8000 • Fax: (860) 509-7184 • VP: (860) 899-1611
410 Capitol Avenue, P.O. Box 340308
Hartford, Connecticut  06134-0308
www.ct.gov/dph
*Affirmative Action/Equal Opportunity Employer*

| QTY | Connecticut Minimum Basic Level First Responder Vehicle Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|
| 1 | Portable oxygen administration apparatus with 30 minutes supply at 7 lpm flow rate, which is operable totally detached from parent vehicle. Such unit shall be capable of accepting attachment to a nasal cannula, mouth/nose mask or as enrichment feed to a forced ventilation unit. |
| 1 | Adequate length oxygen tubing. May be separate or incorporated into each of the delivery devices listed below. |
| 2 | Adult Nasal Cannulas |
| 1 | Child Nasal Cannula |
| 2 | Adult non-rebreathing transparent masks |
| 1 | Child non-rebreathing transparent mask |
| 1 | Adult BVM (Hand-operated, self-re-expanding bag [>1000 ml]) with oxygen reservoir/accumulator and tubing, valve (clear, disposable, operable in cold weather) and transparent adult mask |
| 1 | Child BVM (Hand-operated, self-re-expanding bag [450-750 ml] with oxygen reservoir/accumulator, valve (clear, disposable, operable in cold weather) and transparent child mask. Suitable substitute for BLS units only: mouth-barrier ventilation devices that allow for ventilation of both infants and children. |
| 1 | Infant mask for BVM. Labeling may vary but should be sized to accommodate appropriate seal on full-term infants (<5 kg or 11 lb). Suitable substitute for BLS units only: mouth-barrier ventilation devices that allow for ventilation of both infants and children. |
| 1 | Neonatal mask for BVM. Labeling may vary but should be sized to accommodate appropriate seal on low-birth weight infants (<2.5 kg or 5.5 lb). Suitable substitute for BLS units only: mouth-barrier ventilation devices that allow for ventilation of both infants and children. |
| 1 | Complete set infant to adult sized oropharyngeal airways |
| 2 | Sterile multitrauma dressing 10x30" or larger |
| 5 | Abdominal dressing, 5"x9" or larger |
| 1 | Roll of self-adhering elastic bandage suitable for applying a pressure dressing |
| 10 | 4" x 4" gauze sponges or suitable size |
| 4 | Gauze rolls |
| 2 | Sterile 3" x 8" or larger occlusive dressings, or equivalent sufficient to permit an air-tight seal of wounds to the chest cavity |
| 2 | Triangular bandages with a minimum of two safety pins |
| 1 | Hypoallergenic roll of adhesive tape |
| 1 | Roll athletic-type adhesive tape |
| 2 | Arterial tourniquets (commercially manufactured) |
| 1 | Sterile burn sheet |
| 500 mL | Sterile saline solution for irrigation (plastic bottle or bag) |
| 1 | Adult Sphygmomanometer (with standard adult and large adult cuffs) |
| 1 | Adult stethoscope |
| 1 | Heavy scissors or shears for cutting clothing, belts, boots, etc. |
| 1 | Battery operated, hand-carried flashlight suitable for illuminating both a localized work area or walkway. Rechargeable or has extra set of batteries. Penlights do not meet this requirement. |
| 1 | Thermal blanket. "Bath blanket" does not meet this requirement. |
|  | Single-use examination gloves, non-sterile, 4 pairs of appropriately sized gloves per crewmember (must meet NFPA 1999 requirements found at www.nfpa.org) |
| 1 | Disposable isolation gown |
| 1 | Disposable isolation coverall |
| 1 | Face protection (for example, surgical mask) |
| 1 | Eye protection (full peripheral glasses or goggles and face shield) |
| 1 | Pair of shoe covers |
| 1 | Waterless hand cleanser, commercial antimicrobial (towlette, spray, liquid) |
| 1 | Disposable biohazard bag |
| 1 per crew member | Disposable respiratory protection - appropriately sized to crew member based on fit-testing – filtration standard N95 or better. |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies. Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| QTY | Connecticut Minimum Basic Level First Responder Vehicle Equipment List Version 07Jan2014 by CT OEMS |
|---|---|
| 1 | At least 5 lb. or larger ABC UL fire extinguisher |
| 1 | Emergency Response Guidebook (most recent edition – electronic or hardcopy) |
| 3 | Traffic signaling devices (reflective material triangles or other reflective, non-igniting devices.)  Suitable substitute: a minimum of 3 hours duration red burning flares. |
| 1 per crew member | Reflective safety wear for each crewmember (must meet or exceed ANSI/ISEA performance class II or III if working within the right of way of any federal-aid highway (visit www.reflectivevest.com/federalhighwayruling.html for more information) |
| Reminder:  Services must review applicable OSHA standards and carry all required personal protective equipment. | |
| **Strongly recommended, not required:  1 SMART triage pack per vehicle, 1 SMART triage Command Kit per Agency.** | |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies.  Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum BLS Ambulance Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| Ventilation & Airway Equipment | 1 | Fixed oxygen administration apparatus with 2 hours supply at 7 lpm flow rate. |
| | 1 | Variable controlled flow oxygen regulator permitting adjustment from a minimum of 2 lpm – 25 lpm with visual indication of flow rate. |
| | 1 | Variable controlled flow oxygen regulator permitting adjustment from a minimum of 2 lpm – 10 lpm with visual indication of flow rate. |
| | 2 | Adequate lengths oxygen tubing.  May be separate or incorporated into each of the delivery devices listed below. |
| | 2 | Adult Nasal Cannulas |
| | 2 | Child Nasal Cannulas |
| | 2 | Adult non-rebreathing transparent masks |
| | 2 | Child non-rebreathing transparent masks |
| | 1 | Portable oxygen administration apparatus with 30 minutes supply at 7 lpm flow rate, which is operable totally detached from parent vehicle. Such unit shall be capable of accepting attachment to a nasal cannula, mouth/nose mask or as enrichment feed to a forced ventilation unit. |
| | 1 | Fixed Suction apparatus with a regulator capable of drawing a vacuum of 300mm of mercury.  Must be adjustable for use with pediatrics. |
| | 1 | Battery operated portable suction apparatus. Such unit shall be operable completely independent of parent vehicle for a minimum period of 15 minutes. |
| | 1 | Wide-bore suction tubing |
| | 1 | Rigid pharyngeal curved suction tip (e.g. yankauer) |
| | 1 | Flexible suction catheter between 6F-10F |
| | 1 | Flexible suction catheter between 12F-16F |
| | 2 | Adult BVMs (Hand-operated, self-re-expanding bag [>1000 ml] with oxygen reservoir/accumulator and tubing, valve (clear, disposable, operable in cold weather) and transparent adult mask |
| | 2 | Child BVMs (Hand-operated, self-re-expanding bag [450-750 ml] with oxygen reservoir/accumulator, valve (clear, disposable, operable in cold weather) and transparent child mask |
| | 2 | Infant masks for BVM.  Labeling may vary but should be sized to accommodate appropriate seal on full-term infants (<5 kg or 11 lb) |
| | 2 | Neonatal masks for BVM.  Labeling may vary but should be sized to accommodate appropriate seal on low-birth weight infants (<2.5 kg or 5.5 lb) |
| | 2 | Adult Nasopharyngeal Airways  (at least two different sizes in the range of 26F-34F) |
| | 2 | Child Nasopharyngeal Airways (at least two different sizes in the range of 16F-24F) |
| | 2 | Complete set infant to adult sized oropharyngeal airways |
| | 1 | Pulse oximeter |
| | 1 | Adult probe.  Suitable substitute: Pulse oximeter approved for use on adults. |
| | 1 | Pediatric probe.  Suitable substitute: Pulse oximeter approved for use on infants and small children. |
| | 1 | Bulb suction for infants |
| Monitoring and Defibrillation | 1 | Automatic External Defibrillator.  Manual monitor/defibrillator may be substituted in ambulances staffed at the paramedic level. |
| | 2 | Adult defibrillation pads |
| | 1 | Pediatric Defibrillation pads |
| | 1 | Shaving device capable of removing excessive chest hair. |
| Immobilization Devices | 2 | Adult Rigid Cervical collars: Complete set of fixed collars across adult size range (e.g. No-neck, short, medium, tall)  Suitable substitute: 2 adjustable height collars (e.g. adjustable to fit full range of adult patients). |
| | 2 | Child Rigid Cervical collars for ages 2 years or older |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies.  Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum BLS Ambulance Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| | 2 | Head immobilization devices (not sandbags) with chin and forehead straps; firm padding or commercial device |
| | 1 | Adult lower extremity (femur) traction device - lower extremity, limb-support slings, padded ankle hitch, padded pelvic support, traction strap. CT-DPH approved: Hare traction, Thomas half-ring, commercial rigid traction frame with padded head, attached securing strap at head, ankle lift support and with a design to accept traction strap(s) at the foot. |
| | 1 | Child lower extremity (femur) traction device - lower extremity, limb-support slings, padded ankle hitch, padded pelvic support, traction strap. CT-DPH approved: Hare traction, Thomas half-ring, commercial rigid traction frame with padded head, attached securing strap at head, ankle lift support and with a design to accept traction strap(s) at the foot. |
| | 2 | Sets of splinting materials or immobilization devices sufficient to permit immobilization and protection to any portion of an adult or child upper or lower extremity in any position such that the joint-above and joint-below the fracture are also immobilized. Must be rigid-support constructed with appropriate material [cardboard, metal, pneumatic, vacuum, wood, or plastic]. Generally a set will consist of small, medium and large splints. |
| | 1 | Impervious long board (transport, head-to-feet length) with handholds for moving patients |
| | 4 | Restraint straps compatible with long board and appropriate for securing torso and legs (single restraint system such as "Spider Strap" may be substituted.) |
| | 1 | Impervious short extrication device (head-to-pelvis length)with handholds for moving patients and at least three appropriate torso restraint straps, head and chin straps. |
| Bandages | 4 | Sterile multitrauma dressings 10x30" or larger |
| | 10 | Abdominal dressings, 5"x9" or larger |
| | 1 | Roll of self-adhering elastic bandage suitable for applying a pressure dressing |
| | 20 | 4" x 4" sterile gauze pads/sponges or suitable size |
| | 6 | Soft, self-adhering gauze rolls |
| | 4 | Sterile 3" x 8" or larger occlusive dressings, or equivalent sufficient to permit an air-tight seal of wounds to the chest cavity |
| | 6 | Triangular bandages with a minimum of two safety pins |
| | 2 | Hypoallergenic adhesive tape, various sizes including 1" and 2" |
| | 2 | Adhesive tape, various sizes including 1" and 2" |
| | 2 | Arterial tourniquets (commercially manufactured) |
| | 2 | Sterile burn sheets |
| OB Kit | 1 | Obstetrical kit (separate, sterile kit) containing a minimum of 1 pair sterile gloves, sterile scissors or other cutting utensil, umbilical clamps or tape, sterile vaginal dressings, 2 towels, large plastic bag and swaddling material |
| | 1 | Newborn head cover |
| Misc. | 1 | Adult Sphygmomanometer (with standard adult and large adult size cuffs) |
| | 1 | Child/Pediatric Sphygmomanometer |
| | 1 | Adult stethoscope |
| | 1 | Pediatric Stethoscope. Suitable substitute: Stethoscope that integrates both pediatric and adult sized diaphragms. |
| | 1 | Penlight. Suitable substitute: small flashlight suitable for checking pupillary response and eye movement |
| | 1 | Heavy scissors or shears for cutting clothing, belts, boots, etc. |
| | 4 | Cold packs |
| | 2000 mL | Sterile saline solution for irrigation (plastic bottles or bags) |
| | 2 | Battery operated, hand-carried flashlights suitable for illuminating both a localized work area or walkway. Rechargeable or has extra set of batteries. Penlights do not meet this requirement. |
| | 2 | Thermal blankets. "Bath blanket" does not meet this requirement. |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies. Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum BLS Ambulance Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| | 2 | Pillows |
| | 4 | Pillow Cases.  May be resuable or disposable. |
| | 4 | Sheets.  May be resuable or disposable. |
| | 4 | Towels |
| | 1 | SMART Triage Pack |
| | 2 | Disposable emesis bags or basins |
| | 1 | Disposable bedpan |
| | 1 | Disposable urinal with lid |
| | 1 | Wheeled cot (conforming to national standard at the time of manufacture) with at least three transverse strap type restraining devices (chest, hip, knee) incorporating metal quick-release buckles and upper torso (over the shoulder) restraints that mitigate cephalic motion of the patient. |
| | 3 | Extension straps compatible with cot straps' metal quick-release buckles |
| | 1 | Stair chair or carry chair |
| | | Electronic patient care reporting system or patient care charts/forms |
| | | Printed copy or access to electronic version of patient care guidelines |
| | 3 | Lubricating jelly (water soluble). Single use packets or tubes. |
| | 1 | Set of commercially manufactured, soft and padded wrist and ankle patient restraints |
| | 2 | Liters of potable water in factory sealed container (may be divided into multiple smaller sealed containers.) |
| | 30 grams | Glucose in a form easily ingested orally |
| | 1 | Epinephrine 0.3 mg auto injector |
| | 1 | Epinephrine 0.15 mg auto injector |
| Infection Control<br>*Latex-free equipment<br>should be available* | 1 | Single-use examination gloves, non-sterile, 8 pairs of each  size small, medium, large and extra large (must meet NFPA 1999 requirements found at www.nfpa.org).  May be in original boxes or in other storage containers or bags, separated by size. |
| | 2 | Disposable isolation gowns |
| | 2 | Disposable isolation coveralls |
| | 4 | Face protection (for example, surgical masks) |
| | 2 | Splash/droplet eye protection (full peripheral glasses, goggles or face shield) |
| | 2 | Pairs of shoe covers |
| | 1 | Waterless hand cleanser, commercial antimicrobial (towlette, spray, liquid) |
| | 1 | Disinfectant solution for cleaning equipment |
| | 1 | Standard sharps container, fixed |
| | 2 | Disposable biohazard bags |
| | 1 per crew member | Disposable respiratory protection – appropriately sized to crew member based on fit-testing – filtration standard N95 or better. |
| Injury Prevention | 1 | Pediatric passenger restraint system that either 1) is commercially manufactured for the specific purpose of securing a pediatric patient within the patient compartment of an ambulance during transport or 2) a child passenger restraint system that meets the requirements of the Code of Federal Regulations, Title 49, Part 571.213, as amended, child restraint systems, and displays a permanent label indicating all information required by such regulations, including but not limited to the following: "This child restraint system conforms to all applicable Federal Motor Vehicle Safety Standards." |
| | 2 | At least 5 lb. or larger ABC UL fire extinguishers (one in driver compartment, one in patient compartment) |
| | 1 | Wrecking Bar minimum 24" Length |
| | 2 | Pairs leather gloves. Suitable substitute:  Cut/puncture resistant extrication or structural firefighting gloves. |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies.  Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum BLS Ambulance Equipment List Version 07Jan2014 by CT OEMS |
|---|---|---|
| | 1 | Window glass breaking device |
| | 2 | OSHA compliant eye protection from flying particles.  Same device may be used to meet both splash/droplet and flying particle eye protection requirements. |
| | 1 | Emergency Response Guidebook (most recent edition - electronic or hardcopy) |
| | 3 | Traffic signaling devices (reflective material triangles or other reflective, non-igniting devices) |
| | 1 per crew member | Reflective safety wear for each crewmember (must meet or exceed ANSI/ISEA performance class II or III if working within the right of way of any federal-aid highway (visit www.reflectivevest.com/federalhighwayruling.html for more information) |
| | | **Reminder:  Services must review applicable OSHA standards and carry all required personal protective equipment.** |
| | | Basic ambulances are strongly encouraged to carry a child passenger restraint system(s) that meets the requirements of the Code of Federal Regulations, Title 49, Part 571.213, as amended, *child restraint systems*, and is able to accommodate both infants and children up to a weight of at least 60 pounds.  Ambulances may only transport children who are not patients but weigh less than 60 pounds and or are less than 6 years of age if the child is restrained in a compliant child restraint system. |
| | | **Strongly recommended, not required: 1 SMART triage command kit per agency.** |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies.  Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum ALS - Advanced EMT Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| ALS Vascular Access | 4 | Crystalloid intravenous solutions, such as Ringer's lactate or normal saline solution (1000 mL bags); fluid must be in bags or plastic containers, not glass bottles; type of fluid may vary depending on local requirements |
| | 10 | Antiseptic preps (alcohol wipes, chlorahexadine sponges, povidone-iodine pads or swabs) |
| | 2 | Sets of intravenous catheters, one each 14G through 24G |
| | 2 | Venous tourniquets |
| | 1 | Sharps container, portable |
| | 4 | Intravenous administration sets (macro drip) |
| | 2 | Intravenous administration sets (micro drip) |
| | 1 | Intravenous arm board, pediatric |
| All other equipment | | Must comply with applicable requirements for basic certification and minimum equipment either as a basic first responder vehicle or basic ambulance.  ALS-AEMT first responder vehicles must carry the following additional basic level minimum equipment: |
| Additional basic medical supplies for ALS first responder vehicles | 1 | Battery operated portable suction apparatus. Such unit shall be operable completely independent of parent vehicle for a minimum period of 15 minutes. |
| | 1 | Rigid pharyngeal curved suction tip (e.g. yankauer) |
| | 1 | Flexible suction catheter between 6F-10F |
| | 1 | Flexible suction catheter between 12F-16F |
| | 1 | Penlight.  Suitable substitute: small flashlight suitable for checking pupillary response and eye movement |
| | 1 | Pulse oximeter |
| | 1 | Adult probe.  Suitable substitute: Pulse oximeter approved for use on adults. |
| | 1 | Pediatric probe.  Suitable substitute: Pulse oximeter approved for use on infants and small children. |
| | 1 | Child/Pediatric Sphygmomanometer |
| | 1 | Pediatric Stethoscope.  Suitable substitute:  Stethoscope that integrates both pediatric and adult sized diaphragms. |
| | 1 | Bulb suction for infants |
| | 1 | Adult Rigid Cervical collars: Complete set of fixed collars across adult size range (e.g. No-neck, short, medium, tall) Suitable substitute:  2 adjustable height collars (e.g. adjustable to fit full range of adult patients). |
| | 2 | Child Rigid Cervical collars for ages 2 years or older |
| | 1 | Obstetrical kit (separate, sterile kit) containing a minimum of 1 pair sterile gloves, sterile scissors or other cutting utensil, umbilical clamps or tape, sterile vaginal dressings, 2 towels, large plastic bag and swaddling material |
| | 1 | Newborn head cover |
| | | Printed copy or access to electronic version of patient care guidelines |
| | | Electronic patient care reporting system or patient care charts/forms |
| | 1 | SMART Triage Pack (required) |
| | 15 grams | Glucose in a form easily ingested orally |

All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies.  Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.

| CATEGORY | QTY | Connecticut Minimum ALS-Paramedic Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| ALS Ventilation &<br>Airway Equipment | 1 | Adult laryngoscope handle with one set of extra batteries. |
| | 1 | Pediatric laryngoscope handle |
| | 1 | Set of Laryngoscope blades, sizes 0-4, straight; Sizes 2-4, curved |
| | 1 | Extra bulb(s) for laryngoscope blades.  Must have at least one spare bulb for each size/type of bulb used in required blades.  Fiberoptic systems in which the bulb is integrated into the handle are exempt from this requirement provided that two handles (may be adult and/or pediatric) are carried that are interchangeable with all required blades. |
| | 2 | Sets of endotracheal tubes, both whole and half sizes 2.5-5.5 mm (cuffed or uncuffed) and 6-8 mm cuffed.  Other sizes optional.  Must be sterile and individually wrapped. |
| | 2 | Sets of sterile, soft suction catheters in the following sizes: 6 F, 8 F, 10 F and 12 or 14 F.  Must be sterile and in original, unbroken packaging. |
| | 1 | Meconium aspirator or  adaptor for endotracheal tube |
| | 2 | 10 mL syringes |
| | 1 | Set of stylets suitable for neonatal, pediatric and adult endotracheal tubes (e.g. Sizes 6, 10 and 14 F).  Sterile in original packaging. |
| | 1 | Supplies to secure an adult endotracheal tube |
| | 1 | Supplies to secure a pediatric endotracheal tube |
| | 1 | Adult Magill forceps |
| | 1 | Pediatric Magill forceps |
| | 1 | End-tidal CO2 quantitative waveform canography |
| | 2 | Endotracheal tube adapter for end-tidal CO2 capnography (pediatric and adult) |
| | 1 | Endotracheal tube introducer (Bougie) - sterile in original packaging. |
| | 1 | Cricothyrotomy supplies suitable for establishing an emergency airway on adult and pediatric patients. |
| ALS Vascular Access | 4000 mL | Crystalloid intravenous solutions, such as Ringer's lactate or normal saline solution (1000 mL bags); fluid must be in bags or plastic containers, not glass bottles; type of fluid may vary depending on local requirements |
| | 10 | Antiseptic preps (alcohol wipes, chlorahexadine sponges, povidone-iodine pads or swabs) |
| | 2 | Sets of intravenous catheters, one each 14G through 24G |
| | 2 | Intraosseous needles or devices appropriate for adults |
| | 2 | Intraosseous needles or devices appropriate for infants and children |
| | 2 | Venous tourniquets |
| | 1 | Sharps container, portable |
| | 6 | 1 mL syringes |
| | 6 | 3 or 5 mL syringes |
| | 6 | 10 mL syringes |
| | 4 | Hypodermic needles individually packaged or integrated into syringes suitable for intramuscular medication administration |
| | 8 | Needles or adapters suitable for insertion/connection into IV line.  May omit for IV sets with integral syringe adapters. |
| | 4 | Intravenous administration sets (macro drip) |
| | 2 | Intravenous administration sets (micro drip) |
| | 1 | Intravenous arm boards, pediatric |
| ALS Cardiac | 1 | Portable, battery-operated monitor/defibrillator with tape write-out/recorder and 12 lead ECG acquisition /interpretation capability. |
| | 2 | Adult-sized electrical therapy (defibrillation/cardioversion) electrodes/pads |
| | 2 | Pediatric-sized electrical therapy (defibrillation/cardioversion) electrodes/pads |
| | 20 | Adult monitoring electrodes |
| | 20 | Infant-sized pediatric monitoring electrodes |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies.  Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum ALS-Paramedic Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| | 1 | Spare monitor battery |
| | 1 | Spare ECG paper |
| | 1 | Transcutaneous cardiac pacemaker and cables - Either stand-alone unit or integrated into monitor/defibrillator |
| | 2 | Adult transcutaneous pacing electrodes/pads. Previously listed defibrillation pads count toward this requirement if they function as combination defibrillation/transcutaneous pacing electrodes |
| | 2 | Pediatric transcutaneous pacing electrodes/pads. Previously listed defibrillation pads count toward this requirement if they function as combination defibrillation/transcutaneous pacing electrodes |
| Other Advanced Equipment | 1 | Length/weight-based tape or appropriate reference material for pediatric equipment sizing and drug dosing based on estimated or known weight |
| | 2 | Direct eye irrigation systems (e.g. Morgan lens) |
| | 2 | Medication nebulizer assemblies |
| | 1 | Adult clear plastic nebulizer mask with strap. |
| | 1 | Pediatric clear plastic nebulizer mask with strap. |
| | 1 | Non-invasive continuous positive airway pressure or bi-level positive airway pressure delivery device with mask sizes sufficient to fit a range of adult patients. |
| | 1 | Glucometer or blood glucose measuring device with reagent strips and lancets |
| | 2 | Large bore over-the-needle catheters capable of attachment of a syringe to the needle lumen (should be at least 3.25" in length for needle chest decompression in large adults) |
| | 2 | Medium-bore over-the-needle catheters capable of attachment of a syringe to the needle lumen (suitable gauge and length for needle chest decompression in infants/children) |
| Medications (pre-loaded syringes when available). Drug dosing in children should use processes minimizing the need for calculations, preferably a length-based system. | 8 mg | Epinephrine 1:10,000. Suitable substitute: 8 mg 1:1000 epinephrine with supplies sufficient to dilute to (8) 1 mg unit doses of 1:10,000 epinephrine. |
| | 3 mg | Atropine |
| | 18 mg | Adenosine |
| | 450 mg | Amiodarone |
| | 50 mg | Diltiazem |
| | 8 tablets or 1 spray bottle | Nitroglycerine |
| | 324 mg | Aspirin |
| | 200 mg | Dopamine |
| | 10 mg | Albuterol for inhalation |
| | 0.5 mg | Ipratropium for inhalation. Suitable substitute: Ipratropium contained in premixed ipratropium and albuterol solution may be counted toward this requirement. |
| | 0.9 mg | Epinephrine 1:1000. Must be supplied so as to be able to deliver three (3) intramuscular injections of 0.15 mg for pediatric patients and 0.3 mg for adult patients. |
| | 50 grams | Dextrose intravenous solution. Must carry at least 25 grams of the total as 25% or lower (e.g. 10%) concentration or sufficient sterile diluent to prepare same. |
| | 100 mEq | Sodium bicarbonate solution for injection |
| | 2 grams | Magnesium sulfate |
| | 1 mg | Glucagon with bacteriostatic water for dilution |
| | 4 mg | Naloxone hydrochloride |
| | 2 | Supplies to dilute and administer intravenous medication in a measured volume of fluid at a controlled rate (e.g. 50-250 mL IV solution bags, buretrol set, etc.) |
| | 50 mg | Diphenhydramine |
| | 1 | Eye anesthetic solution (e.g. tetracaine) |
| | | At least one of the following narcotic analgesics: |
| | 300 mcg | Fentanyl citrate |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies. Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

| CATEGORY | QTY | Connecticut Minimum ALS-Paramedic Equipment List<br>Version 07Jan2014 by CT OEMS |
|---|---|---|
| | 20 mg | Morphine sulfate |
| | 2 mg | Hydromorphone |
| | | At least one of the following benzodiazepines: |
| | 8 mg | Lorazepam |
| | 20 mg | Midazolam |
| | 30 mg | Diazepam |
| | | At least one of the following intravenous calcium medications: |
| | 2 grams | Calcium chloride |
| | 6 grams | Calcium gluconate |
| | | At least one of the following anti-emetic medications: |
| | 8 mg | Ondansetron |
| | 10 mg | Metoclopramide |
| | 25 mg | Promethazine |
| | 10 mg | Prochlorperazine |
| | 12.5 mg | Dolasetron |
| | 1 mg | Granisetron |
| All other equipment | Must comply with applicable requirements for basic certification and minimum equipment either as a basic first responder vehicle or basic ambulance. ALS-Paramedic first responder vehicles must carry the following additional minimum equipment: | |
| Additional basic medical supplies for ALS first responder vehicles | 1 | Battery operated portable suction apparatus. Such unit shall be operable completely independent of parent vehicle for a minimum period of 15 minutes. |
| | 1 | Rigid pharyngeal curved suction tip (e.g. yankauer) |
| | 3 | Lubricating Jelly (water soluble). Single use packet or tube. |
| | 1 | Penlight. Suitable substitute: small flashlight suitable for checking pupillary response and eye movement |
| | 1 | Pulse oximeter |
| | 1 | Adult probe. Suitable substitute: Pulse oximeter approved for use on adults. |
| | 1 | Pediatric probe. Suitable substitute: Pulse oximeter approved for use on infants and small children. |
| | 1 | Child/Pediatric Sphygmomanometer |
| | 1 | Pediatric Stethoscope. Suitable substitute: Stethoscope that integrates both pediatric and adult sized diaphragms. |
| | 1 | Bulb suction for infants |
| | 1 | Shaving device capable of removing excessive chest hair |
| | 1 | Adult Rigid Cervical collar set: Complete set of fixed collars across adult size range (e.g. No-neck, short, medium, tall) Suitable substitute: 2 adjustable height collars (e.g. adjustable to fit full range of adult patients). |
| | 2 | Child Rigid Cervical collars for ages 2 years or older |
| | 1 | Obstetrical kit (separate, sterile kit) containing a minimum of 1 pair sterile gloves, sterile scissors or other cutting utensil, umbilical clamps or tape, sterile vaginal dressings, 2 towels, large plastic bag and swaddling material |
| | 1 | Newborn head cover |
| | | Electronic patient care reporting system or patient care charts/forms |
| | | Printed copy or access to electronic version of patient care guidelines |
| | 1 | SMART Triage Pack (required) |
| | 15 grams | Glucose in a form easily ingested orally |

*All quantities represent minimums believed to be adequate for a provider to render care on a single medical/trauma response. MCIs, prolonged transports or multiple consecutive responses may require additional supplies. Services may need to carry additional supplies and/or establish restocking procedures to assure adequate supplies are available for all responses.*

# Exhibit D

CMED CN 15-29799      **MCRN Number**      PLACE MRN STICKER HERE



| | | |
|---|---|---|
| PRID:35349574 | CMED CN:15-29799 | Service Incident #:415 |

**Service:** Norwalk Hospital EMS      **Date:** April 29, 2015
(State ID: C103P1)      **Team:** ALS
**Base:** Wilton/Weston      **Crew 1:** *Primary Caregiver*
**Unit:** Wilton/Weston Medic 500      *Himmelright, Anne
(Non-Transport)      EMT-P (0476)
**EMD:** Yes, With Pre-Arrival      * designates an ALS Provider
Instructions - 26-A-1      **Mode to Rec:**
**Dispatched As:** Sick Person      **CMS Service Level:** BLS, Emergency
**Mass Casualty:** Not Recorded
**Type of Svc:** Scene Unscheduled
**Response Code:** Emergency
**Mode to Ref:** Lights / Sirens
**Outcome:** Cancelled on scene

**Ref Other Type:** *Street < 50 MPH*
**Location:** Sharp Hill RD and Rt 7
Wilton, CT 06897
United States
**Ref. GPS:** 41.1859621,-73.4219462

No Patient Assessed

| Odometer | Times |
|---|---|
| Ld Miles:5.8 | **Dispatch:** 14:50 |
| | **EnRoute:** 14:51 |
| | **At Ref:** 14:57 |
| | **At Patient:** 14:57 |
| | **Leave Ref:** 15:00 |
| | **Available:** 15:00 |
| | **First Patch:** 14:59 |

| Chief Complaint (Category: Sick Person) |
|---|
| |

| History of Present Illness |
|---|
| |

| Time | H.R. | | B.P. | RA SpO2 | | | Resp | Rhythm | ECG Method |
|---|---|---|---|---|---|---|---|---|---|
| | H.R. Method | | Method | | | | | | |
| **Action** | Comment | | | | | | | | |
| 1458 | cancelled upon arrival by 511. | | | | | | | | |

Himmelright, Anne:      *Electronically Signed on 04/29/2015 15:09:34 EST*
CT ID: 0476

**DISCLAIMER**
This chart is the property of Norwalk Hospital EMS. All requests for a legal copy of this chart should be made directly to: Norwalk Hospital EMS, 24 Stevens Street, Norwalk CT 06856, 203-852-3487.