UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEELU PAL, | : | CIV. NO.3:18cv-00616(MPS) |
|     Plaintiff, | : | |
| vs. | : | |
| | : | |
| ROBERT CIPOLLA, ROBERT SMALDONE, | : | |
| MICHAEL TYLER, SCOTT SEAR, | : | |
| DANIEL MONAHAN, RICHARD JANES, | : | |
| TOWN OF WILTON, DOE DEFENDANTS A-X; | : | APRIL 9, 2020 |
|     Defendants. | | |

## WILTON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Local Rule 56(a)1, the defendants, Town of Wilton, Robert Cipolla, Robert Smaldone, Michael Tyler, and Scott Sear (hereinafter the "Wilton defendants"), move for summary judgment on all of the plaintiff's claims asserted against them in this matter. As is more fully set forth in the accompanying Memorandum of Law, Statement of Undisputed Facts, and supporting exhibits, the Wilton defendants are entitled to judgment as a matter of law on all of plaintiff's claims against them because, based on the undisputed facts, no genuine issues of material fact exist.

In her Twelve Count amended complaint, the plaintiff has alleged constitutional and common law causes of action under federal and state law arising from an incident that occurred on April 29, 2015. Specifically, plaintiff has alleged that the Wilton defendants subjected her to excessive force; unlawful search; malicious prosecution; engaged in malicious abuse of process; engaged in a conspiracy to violate her civil rights; assault and battery; negligent and intentional infliction of emotional distress; theft and larceny; and negligence.

The Wilton defendants have denied the material allegations of the plaintiff's complaint and raised a number of affirmative defenses. The undisputed facts demonstrate that the plaintiff cannot establish essential elements of her claims and that the Wilton defendants' actions were

2

justified, did not violate clearly established law, and were entirely reasonable under the circumstances of which they were aware.  The Wilton defendants are also shielded by the doctrines of qualified and governmental immunity.  Additionally, plaintiff's claim for negligence is barred by the applicable statute of limitations.

    For the reasons set forth above and in the attached Memorandum of Law, the Wilton defendants respectfully request that the Court enter summary judgment in their favor with respect to plaintiff's claims against them.

                                           DEFENDANTS, TOWN OF WILTON,
                                           ROBERT CIPOLLA, ROBERT
                                           SMALDONE, MICHAEL TYLER, AND
                                           SCOTT SEAR

                                     BY/ss/ James N. Tallberg
                                           James N. Tallberg
                                           Federal Bar No.: ct17849
                                           Andrew J. Glass
                                           Federal Bar No.: ct30054
                                           Karsten & Tallberg, LLC
                                           500 Enterprise Dr., Suite 4B
                                           Rocky Hill, CT 06067
                                           T: (860)233-5600
                                           F: (860)233-5800
                                           jtallberg@kt-lawfirm.com

## **CERTIFICATION**

I hereby certify that on April 9, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ James N. Tallberg
James N. Tallberg