UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEELU PAL, | : | CIV. NO.3:18cv-00616(MPS) |
|     Plaintiff, | : | |
| vs. | : | |
| | : | |
| ROBERT CIPOLLA, ROBERT SMALDONE, | : | |
| MICHAEL TYLER, SCOTT SEAR, | : | |
| DANIEL MONAHAN, RICHARD JANES, | : | |
| TOWN OF WILTON, DOE DEFENDANTS A-X; | : | DECEMBER 22, 2020 |
|     Defendants. | | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a) (1), the Defendants, Robert Cipolla, Robert Smaldone and Michael Tyler, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

> ***ORDER: For the reasons set forth in the attached ruling, the Wilton Defendants' motion for summary judgment [152] is granted in part and denied in part. Signed by Judge Michael P. Shea on 11/23/20.***

The Order in this action was entered on November 23, 2020, and is attached hereto as Exhibit A. The Defendants take this interlocutory appeal to the extent the District Court denied the Defendants' motion for summary judgment premised on, inter alia, qualified immunity. Mitchell v. Forsyth, 472 U.S. 511, 526-30 (1985); Washington Square Post #1212 vs. Maduro, 907 F.2d 1288, 1292 n.1 (2d Cir. 1990).

In prosecuting this interlocutory appeal based on the denial of qualified immunity, the Defendants rely on undisputed facts, the plaintiff's version of any disputed fact, and the facts clearly ascertainable from viewing the record evidence.

DEFENDANTS, ROBERT CIPOLLA,
ROBERT SMALDONE AND MICHAEL
TYLER

BY /ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Andrew J. Glass
Federal Bar No.: ct30054
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

## CERTIFICATION

I hereby certify that on December 22, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/ss/James N. Tallberg
James N. Tallberg